UNITED STATES BANKRUPTCY COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

In re:                                          Case No. 23-48529

ALICIA M. LEGER-BATES,                          Chapter 7

        Debtor.                              Judge Thomas J. Tucker
_____/

**ORDER REQUIRING ATTORNEY TERRANCE A. HILLER, JR. TO REFUND TO THE DEBTOR THE ENTIRE $698.00 IN ATTORNEY FEES PAID BY THE DEBTOR IN THIS CASE**

On November 7, 2023, the Court entered an order in this case entitled "Order Requiring the Debtor's Attorney, Terrance A. Hiller, Jr., To Show Cause *in Writing* Why the Court Should Not Order a Full or Partial Refund of the Attorney Fees Paid by the Debtor" (Docket # 25, the "Show-Cause Order" (italics in original)). The Show-Cause Order, in relevant part, required the Debtor's attorney, Terrance A. Hiller, Jr., "**no later than November 27, 2023**," to "file a written response to this Order, showing cause why the Court should not order a full or partial refund of the $698.00 in attorney fees the Debtor paid, under 11 U.S.C. § 329(b), based on the allegations in the Debtor's [m]otion [entitled "Motion to Reopen and Reinstate Case and Waive Reopening Fee" (Docket # 22, the "Motion")]." (Show-Cause Order (emphasis in original).) Attorney Terrance A. Hiller, Jr. failed to file a response by the deadline in the Show-Cause Order, and to date, has failed to file such response.

In the absence of any timely response to the Show-Cause Order, and based on the reason why this bankruptcy case was dismissed (as stated in the dismissal order filed October 30, 2023 (Docket # 19)) and based on the allegations in the Debtor's Motion (Docket # 22), the Court finds that the entire $698.00 in fees paid by the Debtor to attorney Terrance A. Hiller, Jr. is

excessive, and that the reasonable value of this attorney's services to the Debtor in connection with this case is zero ($0.00).

Accordingly, under 11 U.S.C. § 329(b), the Court orders as follows.

IT IS ORDERED that no later than December 15, 2023, attorney Terrance A. Hiller, Jr. must refund to the Debtor the entire $698.00 in attorney fees that the Debtor paid for this case.

IT IS FURTHER ORDERED that no later than December 15, 2023, attorney Terrance A. Hiller, Jr. must file in this case an affidavit demonstrating his full and timely compliance with this Order, and must serve a copy of that affidavit on the Debtor and file proof of such service.

**Signed on December 1, 2023**

/s/ Thomas J. Tucker

**Thomas J. Tucker
United States Bankruptcy Judge**